No. 37. MARTÍNEZ *v.* ORTÍZ.—Appeal from the District Court of Mayagüez. Decided April 23, 1906. Appeal dis-

missed for failure to comply with section 302 of the Code of Civil Procedure and sections 50 and 54 of the Rules. *Mr. Vázquez* for respondent.